# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1252

———————

| | | |
|---|---|---|
| Danyeill Y. Donahue, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| St. Vincent Health System; Director of | * | |
| Arkansas Department of Workforce | * | [UNPUBLISHED] |
| Services, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted:  December 30, 2009
Filed:  January 5, 2010

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

Danyeill Donahue appeals the district court's[1] order dismissing her Title VII action as time-barred, among other reasons.  Reviewing de novo, *see Luney v. SGS Auto Servs. Inc.*, 432 F.3d 866, 867 (8th Cir. 2005), we agree with the district court that Donahue's complaint – filed nearly nine months after the date listed in her complaint as the day she received her right-to-sue letter from the Equal Employment

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

Opportunity Commission – is untimely. *See* 42 U.S.C. § 2000e-5(f)(1) (90-day time limit).[2]

Accordingly, we affirm.

_____

---

[2]The appeal is timely because the December 22, 2008 judgment was not entered on the docket until December 23, 2008, and the notice of appeal was filed thirty days thereafter. *See* Fed. R. App. P. 4(a)(1)(A) (appeal must be filed within 30 days after entry of the judgment or order appealed).